IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVMARKETS INCORPORATED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 13-230 (LPS) |
| | ) |
| LINKEDIN CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**JOINT STIPULATION AND ORDER TO STAY**
**PENDING COVERED BUSINESS METHOD REVIEW**

WHEREAS, Section 18(b) of the America Invents Act, 125 Stat. 284 (2011), provides for the stay of this litigation pending the resolution of LinkedIn Corporation's petition for covered business method review under 35 U.S.C. § 321 and § 18 of the America Invents Act;

WHEREAS, the parties have conferred and agree that a stay of this action is in the best interest of all parties and will promote judicial efficiency;

WHEREAS, in the interest of judicial and administrative efficiency, LinkedIn represents that it does not plan on filing a further petition for covered business method review, or a separate request for *inter partes* review or *ex parte* reexamination, of the patent-in-suit on grounds other than patent eligibility under 35 U.S.C. § 101;

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that this action is stayed pending completion of any covered business method review proceedings of the patent-in-suit at the United States Patent and Trademark Office.

IT IS FURTHER STIPULATED AND AGREED by the parties, subject to the approval of the Court, that within fourteen days after the final conclusion of any covered business method

review proceedings of the patent-in-suit, the parties shall jointly notify the Court in writing of the completion of the covered business review proceedings.

| O'KELLY, ERNST & BIELLI, LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ George Pazuniak* | */s/ Jack B. Blumenfeld* |
| George Pazuniak (#478)<br>901 North Market Street<br>Suite 1000<br>Wilmington, DE 19801<br>(302) 778-4000<br>gpazuniak@oeblegal.com | Jack B. Blumenfeld (#1014)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com |
| *Counsel for Plaintiff AvMarkets Incorporated* | *Counsel for Defendant LinkedIn Corporation* |
| OF COUNSEL: | OF COUNSEL: |
| Timothy J. Haller<br>Brian E. Haan<br>NIRO, HALLER & NIRO<br>181 West Madison Street<br>Suite 4600<br>Chicago, IL 60602<br>(312) 236-0733 | Christopher Kao<br>Brock S. Weber<br>PERKINS COIE LLP<br>3150 Porter Drive<br>Palo Alto, CA 94304<br>(650) 838-4300 |

SO ORDERED this _____ day of June, 2013.

_____
U.S.D.J.